FILED

07/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0500

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0500

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ORDER

DAVID DEAN KOMEOTIS,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory G. Pinski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 22 2020